UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO: 02-259

RONNIE HILL                                 SECTION: J

**ORDER**

**IT IS ORDERED** that the Defendant's **Motion to Unseal Sealed Documents (Rec. Doc. 122)** is **DENIED**.

New Orleans, Louisiana this 12th day of May, 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE